# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-1533
L.T. Case No. 2016-CF-000255-A

———————————————

JASON O'SHEA YOUNG,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Marion County.
Robert William Hodges, Judge.

Jason O'Shea Young, Raiford, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach,
for Appellee.

July 23, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

HARRIS, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____